# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Advan Martin-Vega | ) Case No. 17-377MJ |
| a.k.a. Adrian Martin-Vega, | ) |
| A087 530 429 | ) |
| Defendant | ) |

DOA
8-31-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 31, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Advan Martin-Vega, an alien, was found in the United States of America at or near Cucklebur, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Del Rio, Texas, on or about November 29, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn telephonically to me:

Date: September 2, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 31, 2017, Border Patrol Agent P. Ford encountered an individual near Cucklebur, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Advan Martin-Vega, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Martin-Vega was transported to the Casa Grande Border Patrol Station for further processing. Martin-Vega was held in administrative custody until his identity could be confirmed along with his criminal and immigration history.

3. Immigration history checks revealed Martin-Vega to be a citizen and national of Mexico and a previously removed alien. Martin-Vega was removed from the United

1

States to Mexico through Del Rio, Texas, on or about November 29, 2016, pursuant to a reinstatement of a removal order issued by an immigration official. There is no record of Martin-Vega in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Martin-Vega's immigration history was matched to him by electronic fingerprint comparison.

4. On August 31, 2017, Advan Martin-Vega was advised of his constitutional rights. Martin-Vega freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 31, 2017, Advan Martin-Vega, an alien, was found in the United States of America at or near Cucklebur, in the County of Pinal, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Del Rio, Texas, on or about November 29, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn telephonically to me
this 2nd day of September, 2017, at 6:00 P.M.

_____
Michelle H. Burns
United States Magistrate Judge

3